PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
MANUEL SANCHEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br><br><br>MANUEL SANCHEZ, LUIS SANCHEZ, RAUL SANCHEZ, GUADALUPE QUINTERO-GARCIA, AND HECTOR MENDEZ<br>Defendants. | CASE NO. 1:10-CR-00065-AWI<br><br>STIPULATION ORDER TO CONTINUE TRIAL AND TRIAL CONFIRMATION AND MOTIONS IN LIMINE HEARING<br><br><u>Trial Confirmation and Motions In Limine Hearing:</u><br>Date: December 5, 2011<br>Time: 9:00a.m.., Courtroom 2<br><br><u>Trial:</u><br>Date: December 20, 2011<br>Time: 8:30a.m.., Courtroom 2<br><br>Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kathleen Servatius, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Manuel Sanchez , Attorney David Balakian , Counsel for Defendant Luis Sanchez, Attorney Michael Idiart, Counsel for Defendant Raul Sanchez, Attorney David Torres, Counsel for Defendant Guadalupe Quintero-Garcia, and Attorney Nicholas F. Reyes, Counsel for Defendant Hector Mendez, that the Trial Confirmation and Motions in Limine Hearing date scheduled for

September 26, 2011 at 9:00 a.m. be vacated and the Trial Confirmation and Motions in Limine Hearing be continued to this court's calendar on December 5, 2011 at 9:00 a.m., and that the Trial Hearing scheduled for October 12, 2011 at 8:30a.m. be vacated to December 20, 2011 at 8:30a.m. Mr. Martinez will be starting a confirmed murder trial in Santa Clara County scheduled for 2 to 3 weeks.

The court is advised that counsel have conferred about this request that they have agreed to the court date of December 5, 2011 for Confirmation and Motions in Liminie hearing, and December 20, 2011 for Trial Hearing, and that Ms. Servatius, Mr. Balakian, Mr. Reyes, Mr. Idiart, and Mr. Torres have authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for Trial and Trial Confirmation and Motions in Limine, up to and including December 5, 2011 and December 20, 2011.

                                                Respectfully Submitted,

Dated: September 14, 2011                     /s/ Preciliano Martinez
                                                            Preciliano Martinez
                                                            Attorney for Defendant
                                                            MANUEL SANCHEZ

Dated: September 14, 2011                     /s/ Kathleen Servatius
                                                            Assistant U.S. Attorney
                                                            Attorney for Plaintiff
                                                            UNITED STATES OF AMERICA

Dated: September 14, 2011                     /s/ David Balakian
                                                            David Balakian
                                                            Attorney for Defendant
                                                            LUIS SANCHEZ

Dated: September 14, 2011                     /s/ Michael G. Idiart
                                                            Michael G. Idiart
                                                            Attorney for Defendant
                                                            RAUL SANCHEZ

Dated: September 14, 2011 /s/ David A. Torres
David A. Torres
Attorney for Defendant
GUADALUPE QUINTERO-GARCIA

Dated: September 14, 2011 /s/ Nicholas F. Reyes
Nicholas F. Reyes
Attorney for Defendant
HECTOR MENDEZ

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current September 26, 2011 Trial Confirmation and Motions in Limine Hearing is hereby vacated and reset to December 5, 2011, and that the current October 12, 2011 Trial Hearing is hereby vacated to December 20, 2011.

IT IS SO ORDERED.

Dated: September 14, 2011 _____
CHIEF UNITED STATES DISTRICT JUDGE