# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
MAY 09 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America <br> vs. <br> Luis Manuel Sanchez | Case No. 10CR0065 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Luis Manuel Sanchez__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Removing condition # 7(a): You shall seek and/or maintain employment, and provide proof thereof to the Pretrial Services Officer upon request.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Luis M Sanchez_  1-23-12         _[signature]_  5-7-12
Signature of Defendant     Date     Pretrial Services Officer     Date
Luis Manuel Sanchez                 Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                    5-7-12
Signature of Assistant United States Attorney    Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                    5/6/12
Signature of Defense Counsel                     Date
David Vahe Balakian

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __5/9/12__

☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                    5/9/12
Signature of Judicial Officer                    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services