1  David V. Balakian, SBN 166749
   **BALAKIAN LAW OFFICES**
2  2014 Tulare Street, Suite 210
   Fresno, CA 93721
3  Tel. (559) 495-1558
   Fax. (559) 495-1004
4  davidbalakian@sbcglobal.net.net

5  Attorney for Defendant, **LUIS SANCHEZ**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>LUIS SANCHEZ,<br>RAUL SANCHEZ,<br><br>            Defendant. | **Case No. 1:10 CR 00065 AWI**<br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE SENTENCING** |

THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing presently set for Monday, October 29, 2012, at 10:00 a.m., be continued to Monday, November 19, 2012, at 10:00 a.m.

Defendants require additional time to prepare for sentence and for scheduling a safety valve interview.

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: October 23, 2012.　　　　　　　/s/ DAVID BALAKIAN
　　　　　　　　　　　　　　　　　　　David Balakian,
　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　LUIS SANCHEZ

Dated: October 23, 2012.　　　　　　　/s/ MICHAEL IDIART
　　　　　　　　　　　　　　　　　　　Michael Idiart,
　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　RAUL SANCHEZ

　　　　　　　　　　　　　　　　　　　Stipulation has been agreed to
　　　　　　　　　　　　　　　　　　　by Mr. Idiart.

Dated: October 23, 2012.　　　　　　　/s/ KATHLEEN SERVATIUS
　　　　　　　　　　　　　　　　　　　Kathleen Servatius,
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney.

　　　　　　　　　　　　　　　　　　　Stipulation has been agreed to
　　　　　　　　　　　　　　　　　　　by Ms. Servatius.

**ORDER**

IT IS SO ORDERED.

Dated:　　October 23, 2012
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

2