David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **LUIS SANCHEZ**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LUIS SANCHEZ,<br><br>　　　　Defendant. | **Case No: 1:10 CR 00065 AWI**<br><br>**EX PARTE APPLICATION FOR ORDER EXONERATING BOND; ORDER THEREON** |

Defendant, LUIS SANCHEZ, by and through her attorney of record, David Balakian, hereby requests an order exonerating bond in this action.

A bail bond was posted in the amount of $75,000.00 by Garcia Family Bail Bonds through Bankers Insurance Company; Bond Number 542000225-5.

On November 19, 2012, sentence was imposed, whereby Defendant was committed to the Bureau Of Prisons. Presently, Defendant is in custody serving his sentence.

//

//

Accordingly, exoneration of bond is requested.

DATE: April 2, 2013                     Respectfully submitted,

                                     /s/ DAVID V. BALAKIAN
                                     David V. Balakian,
                                     Attorney for Defendant,
                                     LUIS SANCHEZ

## **ORDER**

It appearing that no further court appearances are required in case number 1:10-CR-00065 AWI, bail is hereby ordered exonerated.

IT IS SO ORDERED.

Dated:   April 2, 2013

                                           SENIOR DISTRICT JUDGE