# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America <br> v. <br> LUIS SANCHEZ | Case No: 1:10CR00065-002 <br> USM No: |
| Date of Original Judgment: 11/19/2002 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | David M. Porter, FD <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 87 months **is reduced to** 70 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 11/20/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/27/2015　　　　　/s/ ANTHONY W. ISHII
　　　　　　　　　　　　　　　　　　*Judge's signature*

Effective Date: 11/01/2015　　　　Senior United States District Judge Anthony W. Ishii
*(if different from order date)*　　　　*Printed name and title*